# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DANIEL STORM**
        Petitioner,

v.                                    Case No. 14-C-1037

**U.S. PAROLE COMMISSION,**
        Respondent.

## ORDER

Petitioner filed this action under 28 U.S.C. § 2241 challenging the Parole Commission's modification of his conditions to require 60 days of location monitoring. Respondent moved to dismiss for failure to exhaust administrative remedies, but after the Commission denied petitioner's administrative appeal I denied respondent's motion and order a response. Respondent filed that response and petitioner a reply. Petitioner subsequently filed two additional submissions raising further issues regarding his parole. (R. 21, 22.) I will permit respondent to file a sur-reply.

**IT IS ORDERED** that respondent may file a sur-reply on or before **December 29, 2014**.[1]

Dated at Milwaukee, Wisconsin, this 8th day of December, 2014.

                                                /s Lynn Adelman
                                                LYNN ADELMAN
                                                District Judge

---

[1] It is my understanding that respondent has delayed implementation of the location monitoring condition.